IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–11–M–DWM–6 |
| Plaintiff, | |
| vs. | ORDER |
| JAMES MICHAEL RANDALL, | |
| Defendant. | |

Defendant James Michael Randall has filed a motion seeking early termination of his supervised release. (Doc. 348.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Such termination will be effective August 31, 2025, if Randall: (1) remains in full compliance with the terms of his supervision and has no violations; (2) passes all substance abuse tests; and (3) continues to abstain from the consumption of marijuana.

Accordingly, IT IS ORDERED that Randall's motion, (Doc. 348), is GRANTED and his term of supervised release will terminate on August 31, 2025, subject to compliance with the terms above.

DATED this 24<u>th</u> day of April, 2025.

_____
Donald W. Molloy, District Judge
United States District Court