IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-11-M-DWM-6 |
| Plaintiff, | |
| vs. | ORDER |
| JAMES MICHAEL RANDALL, | |
| Defendant. | |

On April 24, 2025, Defendant James Michael Randall's motion for early termination of his supervised release was granted on the condition that he: "(1) remain[ed] in full compliance with the terms of his supervision and ha[d] no violations; (2) passe[d] all substance abuse tests; and (3) continue[d] to abstain from the consumption of marijuana." (Doc. 350.) However, on July 7, 2025, a Report of Offender was filed with the Court on the ground that Randall admitted to using marijuana on June 21, 2025. (Doc. 351.) That use was confirmed by drug test. (*Id.*) Since then, Randall has taken several drug tests that have continued to return positive results for marijuana. Randall maintains, however, that he has not used again.

1

Accordingly, IT IS ORDERED that this Court's April 24, 2025 Order conditionally granting termination of his supervision, (Doc. 350), is MODIFIED as follows:

(1) Supervision will not terminate August 31, 2025.

(2) Randall's supervision will be automatically terminated once he has four consecutive negative drug tests administered at least five (5) days apart.

(3) Pending that termination, Randall must remain in full compliance with the terms of his supervision, have no further violations, pass all substance abuse tests, and abstain from the consumption of marijuana. If he fails to do so, this Order will be withdrawn and Randall will serve his full term of supervision.

DATED this 5th day of August, 2025.

Donald W. Molloy, District Judge
United States District Court