IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-11-M-DWM-6 |
| Plaintiff, | |
| vs. | ORDER |
| JAMES MICHAEL RANDALL, | |
| Defendant. | |

On April 24, 2025, Defendant James Michael Randall's motion for early termination of his supervised release was granted on the condition that he: "(1) remain[ed] in full compliance with the terms of his supervision and ha[d] no violations; (2) passe[d] all substance abuse tests; and (3) continue[d] to abstain from the consumption of marijuana." (Doc. 350.) However, on July 7, 2025, a Report of Offender was filed with the Court on the ground that Randall admitted to using marijuana on June 21, 2025. (Doc. 351.) That use was confirmed by drug test. (*Id.*) Randall then took several drug tests that continued to return positive results for marijuana. Randall maintained, however, that he had not used again. Accordingly, on August 5, 2025, his conditional termination was modified as follows: "Randall's supervision will be automatically terminated once he has four

1

consecutive negative drug tests administered at least five (5) days apart." (Doc. 352.) The Court having been advised that Randall has met this requirement,

IT IS ORDERED that Randall's term of supervised release is terminated as of today's date.

DATED this 18th day of September, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court